MERLE C. SCHMALZ, AND KATHERINE SCHMALZ, HIS WIFE
v. PLAINFIELD COUNTRY CLUB.

Oct. 4, 1979. ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily vacated, and the matter is remanded to the Appellate Division for reconsideration in light of *Louise T. Harrison, etc. v. Middlesex Water Company, et al.*, 80 *N.J.* 391 (1979). Jurisdiction is not retained.

STATE OF NEW JERSEY v. MICHAEL GICCHETTO,
WILLIAM KEUTGEN, ET AL.

Oct. 4, 1979. ORDERED that the appeal is dismissed for failure to state a substantial constitutional question pursuant to Rule 2:2–1(a). (See 166 *N.J.Super.* 351).